IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MATILDA FAYE YOUNG and )
DARRELL WATKINS, )
 )
    Plaintiffs, )
 )
    v. )    1:05CV00416
 )
U.S. DEPARTMENT OF AGRICULTURE, )
ROCKINGHAM COUNTY FSA REVIEW )
COMMITTEE, RANDOLPH COUNTY FSA )
REVIEW COMMITTEE, NEIL BURNETTE,)
JAMES POWELL, RICHARD CANOY, )
RICHARD WHITAKER, WANDA RUSSELL,)
 )
    Defendants. )

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons stated in the memorandum opinion filed this same day,

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment [4] is GRANTED.

This the 21st day of June 2006.

                                          _____
                                          United States District Judge